UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v. Criminal No. 10-cr-165-01-JL

Jorge Garib

O R D E R

The assented to motion to reschedule jury trial (document no. 10 ) filed by defendant is granted based on the representation from counsel that the matter will set for plea hearing. Final Pretrial is rescheduled to April 20, 2011 at 10:00am; Trial is continued to the two-week period beginning May 2, 2011, 09:30am.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Date: March 15, 2011

cc: Thomas J. Gleason, Esq.
Donald A. Feith, AUSA
U.S. Marshal
U.S. Probation